UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY ANN GRIFFIN, individually and as Adminstratrix of the Estate of her son, Bradley Ballard,

Plaintiff,

– against –

The CITY OF NEW YORK; Former Commissioner DORA B. SCHRIRO; Chief of Department EVELYN MIRABAL; Warden ROSE AGRO; CORIZON HEALTH, Inc.; Dr. AHMED HAIDER; Dr. NAGEH GARAS; Dr. YUGUNDO PARK; LAURA VAN WYK; ARMEL DURANDISSE; Dr. LAALI ALI; FROILAN SUAREZ; REAGAN ANUSIONWU, Dr. AYODELE GREEN, EMMANUEL CHARLES; PHILIP WITTINGHAM; Captain TIMOTHY JOHNSON, Shield No. 1065; Deputy Warden JOHN GALLAGHER, Shield No. 581; Captain ARNOLD MARSHALL, Shield No. 1618; Officer ALEXANDER McDONALD, Shield No. 12019; Officer JHULIAN NEWELL-LITTLE, Shield No. 3160; Captain DARRONN FREDERICK, Shield No. 1387; Assistant Deputy Warden ANDOURE GRANT, Shield No. 1330; Assistant Deputy Warden ELAINE BARRETT, Shield No. 23; Warden TURHAN GUMUSDERE, Shield No. 356; Assistant Deputy Warden MICHELLE HALLETT, Shield No. 700, and JANE/JOHN DOES ## 1-18,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/13/2016
```

14 Civ. 7329 (NRB)

**STIPULATION OF SERVICE**

1. The Complaint in the above-captioned action was filed on September 10, 2014. An Amended Complaint was filed on December 3, 2014. A Second Amended Complaint, adding new defendants, was filed on March 15, 2016.

2. It is hereby stipulated and agreed that newly added defendants Laali Ali, Froilan Suarez, Reagan Anusionwu, Ayodele Green, Emmanuel Charles, and Philip Wittingham, through their counsel in this action, Cozen O'Connor, have accepted service of the Second Amended Complaint.

3. It is further stipulated and agreed that the defendants named in paragraph 2 of this Stipulation have been properly served as of the date of this filing.

4. It is further stipulated and agreed between the parties that the defendants named in paragraph 2 of this Stipulation, as well as defendants City of New York, Dora B. Schriro, Evelyn Mirabal, Rose Agro, Corizon Health, Inc., Ahmed Haider, Nageh Garas, Yugundo Park, Laura Van Wyk, and Armel Durandisse will answer the Second Amended Complaint on or before May 12, 2016.

Dated: May 11, 2016

ZACHARY W. CARTER
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
(212) 356-0871

By: _____
    Mark Toews
    Neil Giovanatti

*Attorneys for Defendants City of New York, Dora B. Schriro, Evelyn A. Mirabal, and Rose Agro*

COZEN O'CONNOR
45 Broadway Atrium, 16th Floor
New York, New York 10006
(212) 509-9400

By: _____
    Michael Morris
    Paul J. Zola

*Attorneys for Defendants Corizon Health, Inc., Ahmed Haider, Nageh Garas, Yugundo Park, Laura Van Wyk, Armel Durandisse, Laali Ali, Froilan Suarez, Reagan Anusionwu, Ayodele Green, Emmanuel Charles, and Philip Wittingham*

EMERY CELLI BRINCKERHOFF
& ABADY LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

By: _____
    Jonathan S. Abady
    Debra L. Greenberger
    Hayley Horowitz

THE LEGAL AID SOCIETY
Jonathan S. Chasan
Mary Lynne Werlwas
199 Water Street, 6th Floor
New York, New York 10038
(212) 577-3530

*Attorneys for Plaintiffs*

SO ORDERED

_____
May 12, 2016
Date

_____
Judge Naomi Reice Buchwald